**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Charles Fordjour,<br><br>    Plaintiff,<br><br>vs.<br><br>Dora B. Schriro; et al.,<br><br>    Defendants. | No. CV 05-1066-PHX-JAT<br><br>**ORDER** |

Pending before the Court is Petitioner's Petition for Writ of Habeas Corpus ("Petition") (Doc. #1). On April 19, 2006, the Magistrate Judge issued a Report and Recommendation ("R&R") (Doc. #26) recommending that the Petition be denied. Objections were due by May 3, 2006. On May 5, 2006, Petitioner sought a thirty day extension of time to file objections. The Court granted Petitioner until June 15, 2006, to file objection (which was a 43 day extension). Petitioner did not file objections.

Thus, neither party has filed objections to the R&R in this case. Accordingly, the Court hereby accepts the R&R. *See Thomas v. Arn*, 474 U.S. 140, 149 (1985) (finding that district courts are not required to conduct "any review at all . . . *of any issue* that is not the subject of an objection" (emphasis added)); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (*en banc*) ("statute makes it clear that the district judge must review the magistrate judge's findings and recommendations de novo *if objection is made*, but not

1  otherwise" (emphasis in original)); *see also Schmidt v. Johnstone*, 263 F.Supp.2d 1219, 1226
2  (D. Ariz. 2003).
3      Accordingly,
4      **IT IS THEREFORE ORDERED** that the Magistrate Judge's Report and
5  Recommendation (Doc. #26) is **ACCEPTED**;
6      **IT IS FURTHER ORDERED** that Petitioner's Petition for Writ of Habeas Corpus
7  (Doc. #1) is **DENIED**; and
8      **IT IS FURTHER ORDERED** that this action is **DISMISSED WITH PREJUDICE**
9  and the Clerk of the Court shall enter judgment accordingly.
10      DATED this 27th day of June, 2006.

_/s/ James A. Teilborg_
James A. Teilborg
United States District Judge